1  SCOTT+SCOTT LLP
   Christopher M. Burke (214799)
2  707 Broadway, Suite 1000
   San Diego, CA 92101
3  Telephone: 619/233-4565
   619/233-0508 (fax)
4  cburke@scott-scott.com

5
   *Counsel for Plaintiff*
6

7

**FILED**
FEB -7 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISION

10 | DESIREE STEPHENSON, Individually and     Case No.: CV-12-0426 JCS
   | on Behalf of All Others Similarly Situated,
11 |                                           APPLICATION FOR ORDER ADMITTING
   |                    Plaintiff,             JOSEPH P. GUGLIELMO *PRO HAC VICE*
12 |
   | vs.
13 |
   | NEUTROGENA CORPORATION,
14 |
   |                    Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28 [PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING JPG
   *PRO HAC VICE*
                                                        Case No.: CV-12-0426 JCS

1 | Pursuant to Civil L.R.11-3, Joseph P. Guglielmo, an active member in good standing of the
2 | Bars of the State of New York, the Commonwealth of Massachusetts, and District of Columbia,
3 | hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis
4 | representing Plaintiff Desiree Stephenson the above-entitled action.
5 | In support of this application, I certify on oath that:
6 | 1. I am an active member in good standing of a United States Court and of the highest
7 | court of the State of New York, the Commonwealth of Massachusetts and District of
8 | Columbia, as indicated above;
9 | 2. I agree to abide by the Standards of Professional Conduct set for in Civil Local Rule
10 | 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become
11 | familiar with the Local Rules and Alternative Dispute Resolution programs of this
12 | Court; and,
13 | 3. An attorney who is a member of the bar of this Court in good standing and who
14 | maintains an office within the State of California has been designated as co-counsel in
15 | the above entitled-action. The name, address and telephone of that attorney is:

Christopher M. Burke
SCOTT + SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2012

SCOTT+SCOTT LLP

JOSEPH P. GUGLIELMO
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone: (212) 223-6444
jguglielmo@scott-scott.com

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING JPG
*PRO HAC VICE*

1

Case No.: CV-12-0426 JCS